MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
JOSHUA E. WHITEHAIR (State Bar No. 244900)
jew@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
WELLS FARGO & COMPANY, d/b/a
WELLS FARGO HOME MORTGAGE,
appearing specially

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| D. STEVEN BLAKE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, d/b/a WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No.:  2:08-CV-02169-JAM-EFB<br><br>**ORDER REGARDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND SUBMISSION OF JOINT STATUS REPORT (Local Rule 6-144(a))**<br><br>Hearing Date:<br>Time:<br>Courtroom:<br>Judge:       Hon. John A. Mendez<br><br>Complaint Date:   9/15/08<br>Trial Date:          Not Set |

   Pursuant to the stipulation of the parties, and good cause appearing, it is hereby ordered that Defendant Wells Fargo & Company's deadline to respond to the complaint shall be extended to December 15, 2008 and the parties' deadline to submit a joint status report shall be extended to December 23, 2008.

DATED:  November 12, 2008       /s/ John A. Mendez
                       United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com