UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. STEVEN BLAKE, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>WELLS FARGO & COMPANY, d/b/a WELLS FARGO HOME MORTGAGE,<br><br>              Defendants. | Case No. 2:08-CV-02169 JAM-EFB<br><br>RECUSAL ORDER |

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

    IT IS HEREBY ORDERED that:

    1.   The undersigned recuses himself as the judge to whom this case is assigned;

    2.   All currently scheduled dates in the above-captioned action are VACATED;

    3.   The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of cases to compensate for such reassignment;

1

PDF created with pdfFactory trial version www.pdffactory.com

1    4.   That this case is reassigned to the Honorable William B.
2 Shubb. Henceforth the case number on all documents filed in the
3 reassigned case shall be 2:08-CV-02169 WBS EFB.
4    IT IS SO ORDERED.
5 DATED:  January 16, 2009

7                                  /s/ John A. Mendez_____
8                                  UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com