UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

D. S. BLAKE, on behalf of
himself and all others
similarly situated,

        Plaintiff,

  v.

WELLS FARGO & COMPANY, d/b/a
WELL FARGO HOME MORTGAGE,

        Defendant.
_____/

NO. CIV. 2:08-2169 WBS EFB

ORDER

----oo0oo----

"Federal courts are always 'under an independent obligation to examine their own jurisdiction,' and a federal court may not entertain an action over which it has no jurisdiction." Hernandez v. Campbell, 204 F.3d 861, 865 (9th Cir. 2000) (citation omitted). In their Joint Status Report, the parties state that jurisdiction is predicated upon 28 U.S.C. § 1331 (federal question), and rely on the National Flood Insurance Act of 1968 and Flood Disaster Protection Act of 1973.

Before 5:00 p.m. on Friday, May 1, 2009, each party shall file a statement indicating the specific provision or provisions of the National Flood Insurance Act of 1968 or Flood Disaster Protection Act of 1973, or any other federal statute, that vests this court with jurisdiction over this action. See Williams v. United Airlines, Inc., 500 F.3d 1019, 1022 (9th Cir. 2007) ("[The] general federal-question jurisdiction statute is applicable only when the plaintiff sues under a federal statute that creates a right of action in federal court.").

IT IS SO ORDERED.

DATED: April 30, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE