MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
JOSHUA E. WHITEHAIR (State Bar No. 244900)
jew@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
WELLS FARGO & COMPANY
improperly sued herein as "d/b/a WELLS FARGO HOME MORTGAGE"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| D. STEVEN BLAKE, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>       vs.<br><br>WELLS FARGO & COMPANY, d/b/a WELLS FARGO HOME MORTGAGE,<br><br>                Defendants. | Case No.:  2:08-CV-02169-WBS<br><br>**JUDGMENT OF DISMISSAL** |

   The Court, having entered the Parties' Stipulation of Dismissal, IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that this action is dismissed with prejudice as to Plaintiff's individual claims against defendant Wells Fargo & Company ("Wells Fargo") and without prejudice as to the claims of the putative, uncertified class against Wells Fargo.  The clerk is ordered to enter judgment accordingly.

DATED:   October 28, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -